**320**

*ORDER*

PER CURIAM

Sherman Tripp appeals the trial court's judgment, after a bench trial, convicting him of assault of a law enforcement officer and resisting arrest. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

Before Robert M. Clayton, III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

**ORDER**

PER CURIAM

Joseph Jackson appeals from the judgment entered upon a jury verdict finding him guilty of unlawful possession of a firearm, Section 571.070 RSMo. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Joseph JACKSON, Appellant.

No. ED 102000

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: November 24, 2015

STATE of Missouri, Respondent,

v.

Jerrod JONES, Appellant.

No. ED 101975

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: November 24, 2015

Timothy Forneris, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO 65102, for Respondent.

Amanda Faerber, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.